THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HICKSON, Appellant. [746 NYS2d 906]

Contrary to the defendant's contention, the Supreme Court did not improperly delegate its authority (*see People v Hernandez,* 94 NY2d 552, 555; *People v Monroe,* 90 NY2d 982; *People v Pulido,* 278 AD2d 254; *cf. People v Ahmed,* 66 NY2d 307).

The sentence imposed was excessive to the extent indicted.

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. O'Brien, J.P., Krausman, Schmidt and Cozier, JJ., concur.